

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue
San Francisco, CA 94102
*cand.uscourts.gov*

October 30, 2025

RE: 3:25-cv-09314-WHO   Westport Insurance Corporation v. The Roman Catholic Archbishop of San Francisco

BANKRUPTCY NUMBER:  23-30564, Adversary Proceeding # 25-03070

The Motion for Withdrawal of Reference which you recently submitted to this office has been assigned the case number listed above.

Please notice this motion pursuant to Civil L.R. 7-2(a) and refer any questions to this office.

Sincerely,

Mark B. Busby, Clerk

*[signature: Diane Miyashiro]*
by:  Diane Miyashiro
Case Systems Administrator
408-535-5373

*Rev. 09-2019*