| | |
|---|---|
| Paul J. Pascuzzi, State Bar No. 148810<br>Jason E. Rios, State Bar No. 190086<br>Thomas R. Phinney, State Bar No. 159435<br>Mikayla E. Kutsuris, State Bar No. 339777<br>FELDERSTEIN FITZGERALD<br> WILLOUGHBY PASCUZZI & RIOS LLP<br>500 Capitol Mall, Suite 2250<br>Sacramento, CA  95814<br>Telephone:     (916) 329-7400<br>Facsimile:      (916) 329-7435<br>Email:           ppascuzzi@ffwplaw.com<br>                     jrios@ffwplaw.com<br>                     tphinney@ffwplaw.com<br>                     mkutsuris@ffwplaw.com | Barron L. Weinstein, State Bar No. 67972<br>BLANK ROME LLP<br>2029 Century Park East<br>Los Angeles, CA 90067<br>Telephone:     (424) 239-3400<br>Facsimile:      (424) 239-3434<br>Email: barron.weinstein@blankrome.com<br><br>Jeffrey L. Schulman NY Bar No. 3903697<br>BLANK ROME LLP    *(Pro hac vice pending)*<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone:     (212) 885-5145<br>Facsimile:      (212) 885-5001<br>Email: jeffrey.schulman@blankrome.com |

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>Debtor and<br>Debtor in Possession. | Case No. 3:25-cv-09314-WHO<br><br><br>Bankruptcy Case No. 23-30564<br><br>Chapter 11 |
| WESTPORT INSURANCE CORPORATION, F/K/A EMPLOYERS REINSURANCE CORPORATION,<br><br>              Plaintiff,<br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, and DOES 1 through 50,<br><br>              Defendants, | Adversary Proceeding No.  25-03070<br><br>District Court Case No.<br><br>**STATEMENT OF NON-OPPOSITION TO MOTION TO WITHDRAW THE REFERENCE BY WESTPORT INSURANCE CORPORATION AND RESERVATION OF RIGHTS**<br><br>Re:  Dkt. No. 16<br><br>Date:       December 10, 2025<br>Time:       2:00 p.m.<br>Location:  Courtroom 02, 17th Floor<br>Judge:      William H. Orrick |

1

The Roman Catholic Bishop of Sacramento (the "Defendant" or "Debtor"), the defendant in the above-captioned adversary proceeding (the "Coverage Action") filed by Westport Insurance Corporation, formerly known as Employers Reinsurance Corporation (the "Plaintiff" or "Westport"), hereby responds to Westport's *Motion to Withdraw the Reference by Westport Insurance Corporation* (the "Motion"), as follows:

Defendant does not oppose entry of an order by the District Court withdrawing the reference to the Bankruptcy Court of the Coverage Action. Defendant submits that the Coverage Action seeks declaratory relief regarding insurance coverage under non-bankruptcy law, and the Defendant has demanded and reserves its rights to a jury trial. Defendant does not concede or admit in this response the underlying claims or allegations asserted in the Coverage Action or otherwise alleged in the Motion. The Defendant reserves the right to respond to and defend such claims in the due course of the pending Coverage Action, including as set forth in the Defendant's Answer to Complaint (Adv. Proc. Docket No. 22) and the Defendant's pending Motion to Stay the Adversary Proceeding, which has been noticed for hearing on December 18, 2025 (Adv. Proc. Dkt. Nos. 23 through 26).

Dated: November 17, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Thomas R. Phinney
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco