UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WESTPORT INSURANCE
CORPORATION

      Plaintiff(s), ,

    v.

THE ROMAN CATHOLIC
ARCHBISHOP OF SAN
FRANCISCO a corporation
sole; and DOES 1 through 50 ,

      Defendant(s).

Case No. 2025-cv-09314-WHO

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Timothy W. Burns , an active member in good standing of the bar of Wisconsin , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: the Official Committee of Unsecured Creditors in the above-entitled action. My local co-counsel in this case is Gail S. Greenwood , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 169939 .

10 East Doty St. #600, Madison, WI 53703
MY ADDRESS OF RECORD

608-286-2808
MY TELEPHONE # OF RECORD

tburns@burnsbair.com
MY EMAIL ADDRESS OF RECORD

1 Sansome St 34 Fl San Francisco CA 94104
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-263-7000
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ggreenwood@pszjlaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1068086 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 2 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: __11/11/2025_____                          Timothy W. Burns_____
                                                                        APPLICANT
5

6  ═══════════════════════════════════════════════════════════════

7

8                              ORDER GRANTING APPLICATION

9                        FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of Timothy W. Burns_____is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: ___November 20, 2025_____

16

17                              _____

18                              UNITED STATES DISTRICT MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California