Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, California 90067
Telephone:  (424) 239-3400
Facsimile:  (424) 239-3434
Email:  barry.weinstein@blankrome.com

Jeffrey L. Schulman (*pro hac vice* pending)
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 885-5145
Facsimile:  (212) 885-5001
Email:  jeffrey.schulman@blankrome.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

Blaise S. Curet, State Bar No. 124983
Melissa A. Dubbs, State Bar No. 163650
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone:  (415) 352-6200
Facsimile:  (415) 352-6224
Email:  bcuret@spcclaw.com
        mdubbs@spcclaw.com

*Attorneys for Westport Insurance Company f/k/a Employers Reinsurance Corporation*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>    Plaintiff,<br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 3:25-cv-09314<br><br>Hon. William H. Orrick |

**STIPULATION FOR ORDER PERMITTING INTERVENTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This Stipulation for Order Permitting Intervention ("Stipulation") is entered into between Plaintiff Westport Insurance Corporation, f/k/a Employers Reinsurance Corporation ("Westport"); Defendant Roman Catholic Archbishop of San Francisco, the debtor and debtor in possession ("RCASF" or the "Debtor"); and the Official Committee of Unsecured Creditors (the "Committee") (collectively, the "Parties"), with reference to the following facts:

1. On October 8, 2025, Westport filed a complaint in the Bankruptcy Court seeking declaratory relief relating to an insurance policy issued by Westport to RCASF. Dkt. No. 1-5 (the "Complaint").[1]

2. The Complaint names RCASF and Does 1 through 50 as defendants.

3. Westport also filed a Motion to Withdraw the Reference for this declaratory judgment action (the "Coverage Action") pursuant to 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011, and Bankruptcy Local Rule 5011-2. Dkt. No. 6.

4. On December 10, 2025, the District Court entered the Order Withdrawing Reference. Dkt. No. 33.

5. The Committee now seeks to intervene in this Coverage Action pursuant to 11 U.S.C. § 1109 and Federal Rule of Civil Procedure 24(a)(1).

6. The Parties have met and conferred regarding the Committee's intervention request.

7. RCASF and Westport consent to the Committee's intervention in this Coverage Action, subject to the below parameters.

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED THAT**

1. The Committee is authorized, pursuant to Federal Rule of Civil Procedure 24(a)(1), to intervene unconditionally in this declaratory judgment action, subject to the following limitations:

    a. The Committee shall neither file nor be required to respond to any Complaint or Counterclaims.

    b. The Committee shall neither propound nor be required to respond to discovery,[2] but shall be served with all documents filed in this Coverage Action and shall have the right to participate in all conferences and to respond to all filings, subject to any further direction the Court may hereafter provide, upon the request of any party in interest, on notice to all parties in this Coverage Action requesting clarification of this Stipulation.

---

[1] The Debtor has filed a motion to stay or dismiss this declaratory relief action, and this Stipulation in no way limits the Debtor's rights to pursue that motion.

[2] This Stipulation in no way limits the discovery rights of any party in interest as part of Case No. 23-30564, including the rights to pursue discovery and to object to any discovery propounded.

|   |   |   |   |
|---|---|---|---|
| 1 | Respectfully submitted, | | |
| 2 | | **BLANK ROME LLP** | |
| 3 | Dated: January 5, 2026 | By: | _Barron L. Weinstein_ |
| | | | Barron L. Weinstein, State Bar No. 67972 |
| 4 | | | 2029 Century Park East |
| | | | Los Angeles, California 90067 |
| 5 | | | Telephone:   (424) 239-3400 |
| | | | Facsimile:    (424) 239-3434 |
| 6 | | | Email:          barry.weinstein@blankrome.com |

Jeffrey L. Schulman (*pro hac vice* pending)
1271 Avenue of the Americas
New York, New York 10020
Telephone:   (212) 885-5145
Facsimile:    (212) 885-5001
Email:          jeffrey.schulman@blankrome.com

-and-

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:   (916) 329-7400
Facsimile:    (916) 329-7435
Email:          ppascuzzi@ffwplaw.com
                     jrios@ffwplaw.com
                     mkutsuris@ffwplaw.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Dated: January 5, 2026        By:        _Blaise S. Curet_
Blaise S. Curet, State Bar No. 124983
Melissa A. Dubbs, State Bar No. 163650
2000 Powell Street, Suite 830
Emeryville, California 94608
Telephone:   (415) 352-6200
Facsimile:    (415) 352-6224
Email:          bcuret@spcclaw.com
                     mdubbs@spcclaw.com

-and-

3

|   |   |
|---|---|
| 1 | **PARKER, HUDSON, RAINER & DOBBS LLP** |
| 2 | Harris B. Winsberg (admitted *pro hac vice*) |
|   | Matthew M. Weiss (admitted *pro hac vice*) |
| 3 | Matthew G. Roberts (admitted *pro hac vice*) |
|   | 303 Peachtree Street NE, Suite 3600 |
| 4 | Atlanta, Georgie 30308 |
|   | Telephone: (404) 523-5300 |
| 5 | Facsimile: (404) 522-8409 |
|   | Email: hwinsberg@phrd.com |
| 6 | mweiss@phrd.com |
|   | mroberts@phrd.com |

-and-

Todd C. Jacobs (admitted *pro hac vice*)
John E. Bucheit (admitted *pro hac vice*)
Two N. Riverside Plaza, Suite 1850
Chicago, Illinois 60606
Telephone: (312) 477-3305
Email: tjacobs@phrd.com
       jbucheit@phrd.com

-and-

**LAW OFFICE OF ROBIN CRAIG**

Robin D. Craig, State Bar No. 130935
6114 La Salle Avenue, No. 517
Oakland, California 94611
Telephone: (510) 549-3330
Email: rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation*

**BURNS BAIR LLP**

Dated: January 5, 2026         By:   *Jesse J. Bair*
                                     Timothy W. Burns (admitted *pro hac vice*)
                                     Jesse J. Bair (admitted *pro hac vice*)
                                     Brian P. Cawley (admitted *pro hac vice*)
                                     10 East Doty Street, Suite 600
                                     Madison, Wisconsin 53703
                                     Telephone: (608) 286-2808
                                     Email: tburns@burnsbair.com
                                            jbair@burnsbair.com
                                            bcawley@burnsbair.com

-and-

**PACHULSKI STANG ZIEHL & JONES LLP**

James I. Stang, State Bar No. 94435
Brittany M. Michael (admitted *pro hac vice*)
Gail Greenwood, State Bar No. 169939)
One Sansome Street, Suite 3430
San Francisco, California 94104-4436
Telephone:   (415) 263-7000
Email:   jstang@pszjlaw.com
          bmichael@pszjlaw.com
          ggreenwood@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

Pursuant to the Stipulation, **IT IS SO ORDERED,**

Dated: _____

_____
**WILLIAM H. ORRICK**
**UNITED STATES DISTRICT JUDGE**