Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
Brian P. Cawley (*pro hac vice* forthcoming)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
         jbair@burnsbair.com
         bcawley@burnsbair.com

James I. Stang (CA Bar No. 94435)
Brittany M. Michael *(admitted pro hac vice)*
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email:  jstang@pszjlaw.com
         bmichael@pszjlaw.com
         ggreenwood@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION,<br><br>Plaintiff.<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, at al.,<br><br>Defendants. | Case No. 3:25-cv-09314<br><br>Hon. William H. Orrick<br><br>**INTERVENOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS AND CITIZENSHIP** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to Civil L.R. 3-15, the undersigned certifies on behalf of Intervenor The Official Committee of Unsecured Creditors of the Roman Catholic Archbishop of San Francisco (the "Committee"), that the approximately 540 child sexual abuse survivors who have submitted

confidential proofs of claim (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding. Due to confidentiality concerns, survivors' information is available upon request. *See Order: (1) Fixing Time for Filing Proofs of Claim; (2) Approving Proof of Claim Forms; (3) Providing Confidential Protocols; and (4) Approving Form and Manner of Notice*, Bankr. N.D. Cal. 23-30564, ECF No. 337, at para 18.

Dated: January 20, 2026

By /s/ *Jesse J. Bair*

Timothy W. Burns (admitted *pro hac vice*)
Jesse J. Bair (admitted *pro hac vice*)
Brian P. Cawley (*pro hac vice* forthcoming)
BURNS BAIR LLP
10 East Doty Street, Suite 600
Madison, Wisconsin 53703-3392
Telephone: 608-286-2808
Email: tburns@burnsbair.com
jbair@burnsbair.com
bcawley@burnsbair.com

James I. Stang (CA Bar No. 94435)
Brittany M. Michael
Gail Greenwood (CA Bar No. 169939)
PACHULSKI STANG ZIEHL & JONES LLP
One Sansome Street, 34th Floor, Suite 3430
San Francisco, California 94104-4436
Telephone: 415-263-7000
Email: jstang@pszjlaw.com
bmichael@pszjlaw.com
ggreenwood@pszjlaw.com

*Attorneys for the Official Committee of Unsecured Creditors*