Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Thomas R. Phinney, State Bar No. 159435
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:    ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          tphinney@ffwplaw.com
          mkutsuris@ffwplaw.com

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email:  barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO INSURANCE, Adversary Proceeding Litigation<br><br>WESTPORT INSURANCE CORPORATION,<br>        Plaintiff,<br>  v.<br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,<br>        Defendants. | Case No. 3:25-cv-09314-WHO<br><br>Bankruptcy Adversary Case No. 25-03070<br><br>**NOTICE OF HEARING ON THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S MOTION TO STAY ADVERSARY PROCEEDING**<br><br>Hon. William H. Orrick<br><br>Date: March 11, 2026<br>Time: 2:00 p.m.<br>Location: Videoconference |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that on March 11, 2026, at 2:00 p.m., or as soon thereafter as this matter may be heard via videoconference per the civil minutes filed February 3, 2026 [ECF No. 44] in the above-referenced matter, the Chapter 11 Debtor and Defendant The Roman Catholic

1

Archbishop of San Francisco ("Defendant" or "RCASF"), will and hereby does move to stay or dismiss this adversary proceeding pursuant to its *Motion to Stay Adversary Proceeding* (the "Motion") filed in the Northern District of California Bankruptcy Court, Adversary Case No. 25-03070 [Bankruptcy ECF No. 23] on November 7, 2025 and supporting documents.

By the Motion, RCASF seeks a stay or dismissal of this adversary proceeding seeking declaratory relief regarding insurance coverage for certain pending underlying abuse claims being prosecuted or otherwise pending in non-bankruptcy forums until a final adjudication of those underlying abuse claims. This request for a stay or dismissal is made pursuant to the grounds set forth by the California Supreme Court and the United States Supreme Court requiring that insurance coverage actions be stayed or dismissed pending the ultimate outcome of the underlying litigation. *See, e.g.*, *Montrose Chem. Corp. v. Superior Court*, 6 Cal. 4th 287, 301-02 (1993); *Montrose Chem. Corp. v. Superior Court*, 25 Cal. App. 4th 902, 907-11 (1994); *David Kleis, Inc. v. Superior Court*, 37 Cal. App. 4th 1035, 1051 (1995) and *Landis v. North American Co.*, 299 U.S. 248 (1936) ("*Landis*").

The Motion was fully briefed before the Bankruptcy Court by the following pleadings, which are now before this Court and are attached hereto as follows:

- *The Roman Catholic Archbishop of San Francisco's Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. 23];

- *The Roman Catholic Archbishop of San Francisco's Memorandum of Points and Authorities in Support of Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. No. 24]

- *Declaration of Barron L. Weinstein in Support of the Roman Catholic Archbishop of San Francisco's Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. 25]

- *Notice of Hearing on the Roman Catholic Archbishop of San Francisco's Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. 26]

- *Proof of Service for The Roman Catholic Archbishop of San Francisco's Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. 27];

- *Plaintiff Westport Insurance Corporation's Opposition to The Roman Catholic Archbishop of San Francisco's Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. 31]

- *Declaration of Blaise S. Curet in support of Plaintiff Westport Insurance Corporation's Opposition to Defendant's Motion to Stay* [Bankruptcy ECF No. 32]

- *Westport Insurance Corporation's Request for Judicial Notice in Support of its Opposition to Motion to Stay* [Bankruptcy ECF No. 33]

- *The Roman Catholic Archbishop of San Francisco's Reply Memorandum of Points and Authorities in Further Support of Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. 35]

- *Proof of Service for The Roman Catholic Archbishop of San Francisco's Reply Memorandum of Points and Authorities in Further Support of Motion to Stay Adversary Proceeding* [Bankruptcy ECF No. 36]

Dated: February 13, 2026         BLANK ROME LLP

                          By:    /s/ Barron L. Weinstein
                                 Barron L. Weinstein,
                                 Jeffrey L. Schulman (pro hac vice)

                                 -and-

Dated: February 13, 2026         FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

                          By:    /s/ Paul J. Pascuzzi
                                 Paul J. Pascuzzi
                                 Jason E. Rios

                                 *Attorneys for The Roman Catholic Archbishop of San Francisco*