| | |
|---|---|
| Paul J. Pascuzzi, State Bar No. 148810 | Barron L. Weinstein, State Bar No. 67972 |
| Jason E. Rios, State Bar No. 190086 | BLANK ROME LLP |
| Thomas R. Phinney, State Bar No. 159435 | 2029 Century Park East |
| Mikayla E. Kutsuris, State Bar No. 339777 | Los Angeles, CA 90067 |
| FELDERSTEIN FITZGERALD | Telephone: (424) 239-3400 |
|  WILLOUGHBY PASCUZZI & RIOS LLP | Facsimile: (424) 239-3434 |
| 500 Capitol Mall, Suite 2250 | Email: barron.weinstein@blankrome.com |
| Sacramento, CA 95814 | |
| Telephone: (916) 329-7400 | Jeffrey L. Schulman NY Bar No. 3903697 |
| Facsimile: (916) 329-7435 | BLANK ROME LLP |
| Email: ppascuzzi@ffwplaw.com | 1271 Avenue of the Americas |
|        jrios@ffwplaw.com | New York, NY 10020 |
|        tphinney@ffwplaw.com | Telephone: (212) 885-5145 |
|        mkutsuris@ffwplaw.com | Facsimile: (212) 885-5001 |
| | Email: jeffrey.schulman@blankrome.com |

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>    Debtor and<br>    Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |
| WESTPORT INSURANCE CORPORATION, FORMERLY KNOWN AS EMPLOYERS REINSURANCE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, and DOES 1 through 50,<br><br>    Defendants, | Adversary Proceeding No. 25-03070<br><br>**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S MOTION TO STAY ADVERSARY PROCEEDING**<br><br>Date:     December 18, 2025<br>Time:     1:30 p.m.<br>Location: via Zoom<br>Judge:    Hon. Dennis Montali |

1          The Roman Catholic Archbishop of San Francisco, a corporation sole, the above-captioned debtor and debtor in possession (the "RCASF) in the above-captioned chapter 11 case (the "Case"), files this Motion to Stay Adversary Proceeding (the "Motion") seeking the entry of an Order By the Motion, the RCASF, requests entry of an order staying this adversary proceeding, which seeks declaratory relief regarding insurance coverage for certain pending underlying abuse claims be prosecuted or otherwise pending in non-bankruptcy forums, until a final adjudication of those underlying abuse claims.  This request for a stay is made pursuant to the grounds set forth in the supporting Memorandum of Points and Authorities, including the California Supreme Court and Supreme Court authorities requiring that insurance coverage actions be stayed pending the ultimate outcome of the underlying litigation.  *See, e.g.*, *Montrose Chem. Corp. v. Superior Court*, 6 Cal. 4th 287, 301-02 (1993); *Montrose Chem. Corp. v. Superior Court*, 25 Cal. App. 4th 902, 907-11 (1994); *David Kleis, Inc. v. Superior Court*, 37 Cal. App. 4th 1035, 1051 (1995) and *Landis v. North American Co.*, 299 U.S. 248 (1936) ("*Landis*").

          The Motion is based on the Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions [ECF No. 14] filed on August 21, 2023 in the Case, the Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions [ECF No. 15] filed on August 21, 2023 in the Case, the supporting declaration *Memorandum of Points and Authorities in Support of Motion to Stay Adversary Proceeding*, the supporting Declaration of *Barron L. Weinstein* filed concurrently with this Motion, all pleadings, papers, and records on file with the Court, and

///
///
///
///
///
///
///
///
///

1 such other evidence, both oral and documentary, as may be presented to the Court at or before the
2 time of the hearing.

3  Dated: November 7, 2025                    FELDERSTEIN FITZGERALD WILLOUGHBY
                                               PASCUZZI & RIOS LLP
4
5                                       By:   /s/ Jason E. Rios
                                               Paul J. Pascuzzi
6                                              Jason E. Rios
                                               Thomas R. Phinney
7                                              Mikayla E. Kutsuris
                                               Attorneys for The Roman Catholic Archbishop of
8                                              San Francisco

9  Dated: November 7, 2025                    BLANK ROME LLP
10
                                         By:  /s/ Barron L. Weinstein
11                                             Barron L. Weinstein
                                               Jeffrey L. Schulman
12                                             Attorneys for The Roman Catholic Archbishop of
                                               San Francisco
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28