| | |
|---|---|
| Paul J. Pascuzzi, State Bar No. 148810 | Barron L. Weinstein, State Bar No. 67972 |
| Jason E. Rios, State Bar No. 190086 | BLANK ROME LLP |
| Thomas R. Phinney, State Bar No. 159435 | 2029 Century Park East |
| Mikayla E. Kutsuris, State Bar No. 339777 | Los Angeles, CA 90067 |
| FELDERSTEIN FITZGERALD | Telephone:   (424) 239-3400 |
|  WILLOUGHBY PASCUZZI & RIOS LLP | Facsimile:   (424) 239-3434 |
| 500 Capitol Mall, Suite 2250 | Email: barron.weinstein@blankrome.com |
| Sacramento, CA  95814 | |
| Telephone:   (916) 329-7400 | Jeffrey L. Schulman NY Bar No. 3903697 |
| Facsimile:   (916) 329-7435 | BLANK ROME LLP |
| Email:   ppascuzzi@ffwplaw.com | 1271 Avenue of the Americas |
|             jrios@ffwplaw.com | New York, NY 10020 |
|             tphinney@ffwplaw.com | Telephone:   (212) 885-5145 |
|             mkutsuris@ffwplaw.com | Facsimile:   (212) 885-5001 |
| | Email: jeffrey.schulman@blankrome.com |

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,<br><br>      Debtor and<br>      Debtor in Possession. | Case No. 23-30564<br><br>Chapter 11 |
| WESTPORT INSURANCE CORPORATION, FORMERLY KNOWN AS EMPLOYERS REINSURANCE CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, and DOES 1 through 50,<br><br>      Defendants, | Adversary Proceeding No.  25-03070<br><br>**NOTICE OF HEARING ON THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S MOTION TO STAY ADVERSARY PROCEEDING**<br><br>Date:      December 18, 2025<br>Time:     1:30 p.m.<br>Location: via Zoom<br>Judge:   Hon. Dennis Montali |

**TO THE HONORABLE DENNIS MONTALI, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, AND ALL PLAINTIFFS:**

**PLEASE TAKE NOTICE** that on November 7, 2025, The Roman Catholic Archbishop of San Francisco ("Defendant" or "RCASF"), the debtor and debtor in possession in the above-captioned chapter 11 case and defendant in the above-captioned adversary proceeding, filed its *Motion to Stay Adversary Proceeding* (the "Motion"), *Memorandum of Points and Authorities in Support of Motion to Stay Adversary Proceeding* (the "Memorandum of Points and Authorities"), and supporting Declaration of *Barron L. Weinstein* (the "Weinstein Declaration").

**NOTICE IS FURTHER GIVEN** that that a hearing on the Motion is scheduled before the Honorable Dennis Montali on December 18, 2025, at 1:30 p.m. before the United States Bankruptcy Court, Northern District of California, San Francisco Division (the "Hearing").

**NOTICE IS FURTHER GIVEN** that this Hearing will be conducted only via Zoom. The court's website offers information explaining how to arrange an appearance at a video hearing. If you have questions about how to participate in a video hearing, you may contact the court by calling 888-821-7606 or by using the Live Chat feature on the court's website.

**NOTICE IS FURTHER GIVEN** that the Motion is supported by the Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions [ECF No. 14] filed on August 21, 2023 in the Case, the Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions [ECF No. 15] filed on August 21, 2023 in the Case, the Memorandum of Points and Authorities, the Weinstein Declaration, the exhibits filed in support of the Motion, the pleadings and papers on file in this case, and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the hearing on the Motion.

By the Motion, the RCASF, seeks a stay of this adversary proceeding seeking declaratory relief regarding insurance coverage for certain pending underlying abuse claims be prosecuted or otherwise pending in non-bankruptcy forums until a final adjudication of those underlying abuse claims. This request for a stay is made pursuant to the grounds set forth by the California Supreme Court and the Supreme Court requiring that insurance coverage actions be stayed pending the ultimate outcome of the underlying litigation. *See, e.g., Montrose Chem. Corp. v. Superior Court*,

6 Cal. 4th 287, 301-02 (1993); *Montrose Chem. Corp. v. Superior Court*, 25 Cal. App. 4th 902, 907-11 (1994); *David Kleis, Inc. v. Superior Court*, 37 Cal. App. 4th 1035, 1051 (1995) and *Landis v. North American Co.*, 299 U.S. 248 (1936) ("*Landis*").

**NOTICE IS FURTHER GIVEN** that this notice does not contain all the particulars of the Motion or supporting documents, nor does it summarize all of the evidence submitted in support. For further specifics concerning the Motion and the relief requested, you are encouraged to review the Motion and the supporting evidence, including the supporting Declaration, copies of which may be obtained from the website to be maintained by the Debtor's Claims and Noticing Agent, Omni Agent Solutions, Inc., at https://omniagentsolutions.com/RCASF, free of charge.  You may also access these documents from the Court's Pacer system (requires a subscription).  The web page address for the United States Bankruptcy Court for the Northern District of California is http://www.canb.uscourts.gov.

**NOTICE IS FURTHER GIVEN** that on or before **December 4, 2025,** any opposition or response to the Motion must be in writing, filed with the Bankruptcy Court, and served on the counsel for the Debtor and its bankruptcy counsel as listed on the top of the first page of this notice, and any other party that has requested notice in the above-captioned adversary proceeding. Failure to timely file opposition and appear at the Hearing may constitute a waiver of your objections. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy Case. If you do not have an attorney, you may wish to consult one.

Dated: November 7, 2025

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Jason E. Rios*
Paul J. Pascuzzi
Jason E. Rios
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: November 7, 2025

BLANK ROME LLP

By: */s/ Barron L. Weinstein*
Barron L. Weinstein
Jeffrey L. Schulman
Attorneys for The Roman Catholic Archbishop of San Francisco