**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTES**

| **Date:** March 11, 2026 | **Time:** 10 minutes 2:55 p.m. to 3:05 p.m. | **Judge:** WILLIAM H. ORRICK |
|---|---|---|
| **Case Nos.:** 25-cv-09314-WHO<br><br>26-cv-01138-WHO | **Case Name:** Westport Insurance Corporation v. The Roman Catholic Archbishop of San Francisco<br><br>St. Paul Fire and Marine Insurance Company v. Travelers Casualty and Surety Company v. The Roman Catholic Archbishop of San Francisco | |

**Attorneys for Westport:** Todd C. Jacobs and Blaise S. Curet
**Attorneys for St. Paul:** Andrew T. Wyatt
**Attorneys for Unsecured Creditors:** Tim Burns
**Attorneys for Archbishop:** Jeffrey L. Schulman and Paul J. Pascuzzi

**Deputy Clerk:** Jean Davis                **Court Reporter:** Stephen Franklin

**PROCEEDINGS**

Parties appear for case management conference and motion hearing via videoconference. The Court was initially prepared to discuss the insurers' appeal of the bankruptcy court's decision releasing certain cases from the automatic stay. *See* Case No. 25-cv-8563, Dkt. Nos. 60 (LMI opening brief); 61 (Travelers opening brief); and 62 (Westport opening brief). The Court delivered its tentative opinion that it was inclined to affirm the bankruptcy court's decision. However, counsel notified the Court that they were prepared to discuss the insurers' motion to stay the adversary proceeding, not the appeal. *See* Case No. 25-cv-9314, Dkt. No. 47 (noticing the parties' briefs from the bankruptcy court). Given the confusion with docketing and noticing, the Court reschedules hearing to April 8, 2026, at 2:00pm via Zoom webinar for argument on the pending appeal (Case No. 25-cv-8563) and the motion to stay the adversary proceeding (No. 25-cv-9314).

The Case Management Conference is also continued to April 8, 2026, at 2:00 p.m. In the Joint Case Management Statement, which is due April 1, 2026, the parties should identify any other pending motions that the Court needs to address. To the extent that counsel are aware of any parties or cases that are not included above, they are directed to notify the missing parties/cases to attend the hearing on April 8, 2026.

**Motion and Appeal Hearings and Case Management Conference continued to April 8, 2026 at 2:00 p.m.**