Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, California 90067
Telephone:    (424) 239-3400
Facsimile:    (424) 239-3434
Email:    barry.weinstein@blankrome.com

Jeffrey L. Schulman (*pro hac vice*)
BLANK ROME LLP
1271 Avenue of the Americas
New York, New York 10020
Telephone:    (212) 885-5145
Facsimile:    (212) 885-5001
Email:    jeffrey.schulman@blankrome.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

Blaise S. Curet, State Bar No. 124983
Melissa A. Dubbs, State Bar No. 163650
SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC
2001 Addison Street, Suite 110
Berkeley, California 94704
Telephone:    (415) 352-6200
Facsimile:    (415) 352-6224
Email:    bcuret@spcclaw.com
        mdubbs@spcclaw.com

*Attorneys for Westport Insurance Corporation f/k/a Employers Reinsurance Corporation*

(additional counsel listed on signature page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO,

Adversary Proceeding Litigation.


WESTPORT INSURANCE CORPORATION,

            Plaintiff,

v.

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,

            Defendants.

Case No. 3:25-cv-09314-RFL

Hon. Rita F. Lin

**STIPULATION REGARDING AMENDED COMPLAINT AND CASE SCHEDULE**

This Stipulation Regarding Amended Complaint and Case Schedule ("Stipulation") is entered into between Plaintiff Westport Insurance Corporation, f/k/a Employers Reinsurance Corporation ("Westport") and Chapter 11 bankruptcy Debtor, Defendant, The Roman Catholic Archbishop of San Francisco ("RCASF") with reference to the following facts:

1

1. On May 19, 2026, this Court entered an order granting in part and denying in part RCASF's motion to stay Westport's complaint. Dkt. No. 66.

2. As the order directed, the parties met and regarding (i) a proposed case schedule for litigating Westport's second claim, and (ii) a stipulation regarding filing of an amended complaint, application of the court's stay order to any new claims, or a proposed schedule for a motion for leave to file an amended complaint and associated motion to stay any new claims.

3. Having met and conferred Westport and RCASF agree to the following schedule.

**WHEREFORE IT IS HEREBY STIPULATED AND AGREED THAT**

1. Westport will provide a proposed amended complaint to RCASF that addresses Westport's claim for reimbursement of its contribution to settlement of the JOHN SF-1 DOE[1] case by June 9, 2026.

2. RCASF will advise Westport by June 23, 2026 whether it will stipulate to the proposed amended complaint. If so stipulated, Westport shall file the amended complaint by June 24, 2026 and RCASF will respond to the amended complaint by July 7, 2026. Thereafter, by July 21, 2026, the parties will meet and confer to address application of the court's order (Dkt. 66) to the amended complaint and a schedule for the litigation.

3. If RCASF does not stipulate to the amended complaint, Westport will file a motion for leave to amend by July 7, 2026.

4. All litigation, including but not limited to all discovery, Rule 26 disclosures, and other proceedings shall be held in abeyance pending the determination on whether Westport's complaint shall be amended.

Respectfully submitted,

**BLANK ROME LLP**

Dated: June 2, 2026                By:    *Barron L. Weinstein*
                                                    Barron L. Weinstein, State Bar No. 67972
                                                    2029 Century Park East
                                                    Los Angeles, California 90067
                                                    Telephone:    (424) 239-3400
                                                    Facsimile:    (424) 239-3434

[1] *JOHN SF-1 DOE v. DOE 1, a California corporation sole, et al.*, Case No. CGC020-584162, in the Superior Court of San Francisco County, California.

2

Email:        barry.weinstein@blankrome.com

Jeffrey L. Schulman (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone:     (212) 885-5145
Facsimile:     (212) 885-5001
Email:        jeffrey.schulman@blankrome.com

-and-

**FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP**

Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
500 Capitol Mall, Suite 2250
Sacramento, California 95814
Telephone:     (916) 329-7400
Facsimile:     (916) 329-7435
Email:        ppascuzzi@ffwplaw.com
              jrios@ffwplaw.com
              mkutsuris@ffwplaw.com

*Attorneys for The Roman Catholic Archbishop of San Francisco*

**SINNOTT, PUEBLA, CAMPAGNE & CURET, APLC**

Dated: June 2, 2026          By:     *Blaise S. Curet*
                                     Blaise S. Curet, State Bar No. 124983
                                     Melissa A. Dubbs, State Bar No. 163650
                                     2001 Addison Street, Suite 110
                                     Berkeley, California 94704
                                     Telephone:     (415) 352-6200
                                     Facsimile:     (415) 352-6224
                                     Email:        bcuret@spcclaw.com
                                                   mdubbs@spcclaw.com

-and-

**LAW OFFICE OF ROBIN CRAIG**

Robin D. Craig, State Bar No. 130935
6114 La Salle Avenue, No. 517
Oakland, California 94611
Telephone:     (510) 549-3330
Email:        rdc@rcraiglaw.com

*Attorneys for Westport Insurance Corporation*

3

Pursuant to the Stipulation, **IT IS SO ORDERED,**

Dated: _____

_____

RITA F. LIN
**UNITED STATES DISTRICT JUDGE**