Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
  WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone:    (916) 329-7400
Facsimile:    (916) 329-7435
Email:    ppascuzzi@ffwplaw.com
          jrios@ffwplaw.com
          mkutsuris@ffwplaw.com

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email:  barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, FORMERLY KNOWN AS EMPLOYERS REINSURANCE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole, and DOES 1 through 50,<br><br>Defendants. | Case No.  3:25-cv-09314-RFL<br><br>**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S NOTICE OF HEARING ON MOTION TO EXTEND THE STAY TO THE SEVENTH AND EIGHTH CAUSES OF ACTION OF PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>Date:        August 18, 2026<br>Time:        10:00 a.m.<br>Location:    Courtroom 4, 17th Floor<br>Judge:       Hon. Rita F. Lin |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that on August 18, 2026, at 10:00 a.m., or as soon thereafter as this matter may be heard, The Roman Catholic Archbishop of San Francisco ("Defendant" or "RCASF"), will and hereby does move to stay the Seventh and Eighth Causes of Action to Westport Insurance Corporation's ("Westport") First Amended Complaint [ECF No. 70] pursuant to its *Motion to Stay* (the "Motion") filed contemporaneously herewith.

1

By the Motion, RCASF requests an order staying the Seventh and Eighth Causes of Action in accordance with the Court's reasoning for staying the First and Third through Sixth Causes of Action as decided in its May 19, 2026 Order [ECF No. 66] (the "Stay Order"), which explained that, even if one underlying action was resolved, forcing RCASF to litigate a coverage dispute regarding the "underlying actions asserting abuse by Father Joseph Pritchard" and all others involving the allegation that RCASF "'expected or intended' the survivors' abuse" would "likely involve evidence concerning RCASF's knowledge and intent that would be prejudicial as to the remaining pending underlying actions." [*Id.* at 2, 6]. This request for a stay is made pursuant to the grounds set forth in the accompanying Motion and the supporting Memorandum of Points and Authorities, including the California Supreme Court and Supreme Court authorities requiring that insurance coverage actions be stayed pending the ultimate outcome of the underlying litigation. *See*, *e.g.*, *Montrose Chem. Corp. v. Superior Court*, 6 Cal. 4th 287, 301-02 (1993); *Montrose Chem. Corp. v. Superior Court*, 25 Cal. App. 4th 902, 907-11 (1994); *David Kleis, Inc. v. Superior Court*, 37 Cal. App. 4th 1035, 1051 (1995) and *Landis v. North American Co.*, 299 U.S. 248 (1936) ("*Landis*").

Dated: July 7, 2026            FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By:    /s/ Paul J. Pascuzzi
        Paul J. Pascuzzi
        Jason E. Rios
        Mikayla E. Kutsuris
        Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: July 7, 2026            BLANK ROME LLP

By:    /s/ Barron L. Weinstein
        Barron L. Weinstein
        Jeffrey L. Schulman
        Attorneys for The Roman Catholic Archbishop of San Francisco

2