Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
mkutsuris@ffwplaw.com

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email: barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of San Francisco, a corporation sole

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WESTPORT INSURANCE CORPORATION, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,<br><br>Defendants. | Civil Case Nos.<br>3:25-cv-09314-RFL (lead case)<br>3:26-cv-01138-RFL<br>3:26-cv-06863-RFL<br><br>Hon. Rita F. Lin<br><br>**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S MOTION TO STAY APPALACHIAN INSURANCE COMPANY'S COMPLAINT**<br><br>Date: October 6, 2026<br>Time: 10:00 a.m.<br>Location: Courtroom 4, 17th Floor<br>Judge: Hon. Rita F. Lin |

Defendant The Roman Catholic Archbishop of San Francisco, a corporation sole ("RCASF) in the above-captioned action (the "Action"), respectfully submits this Motion to Stay Appalachian Insurance Company's ("Appalachian") First and Third through Eighth Causes of Action asserted in

Appalachian's Complaint [3:26-cv-06863, ECF No. 1-6] (the "Motion"). RCASF moves the Court for entry of an order staying the First and Third through Eighth Causes of Action consistent with this Court's reasoning in its May 19, 2026 Order [ECF No. 66] (the "Westport Stay Order").

In the Westport Stay Order, this Court explained that, even if one underlying action had been resolved, forcing RCASF to litigate factual issues concerning the "underlying actions asserting abuse by Father Joseph Pritchard" and allegations that RCASF "'expected or intended' the survivors' abuse" would "likely involve evidence concerning RCASF's knowledge and intent that would be prejudicial as to the remaining pending underlying actions." [*Id.* at 2, 4, 6.] That reasoning applies with equal force here. Appalachian's First and Third through Eighth Causes of Action likewise would require it to present "additional, highly prejudicial evidence" concerning RCASF's knowledge and intent regarding factual issues that remain disputed in the more than 125 underlying state court actions currently pending and tendered to Appalachian for coverage. *Id.* at *2.

This Motion is made on the grounds set forth in the supporting Memorandum of Points and Authorities, together with the grounds set forth in RCASF's Memoranda of Points and Authorities in Support of its *Motion to Extend the Stay to the Seventh and Eighth Causes of Action of Westport's Amended Complaint* and it *Motion to Stay Traveler's Amended Complaint*, which are incorporated herein by reference as directed by this Court in light of the actions' "overlapping issues." [ECF No. 83 at 4]. This Motion is further supported by California Supreme Court and federal authorities recognizing that insurance coverage actions should be stayed pending the ultimate resolution of the underlying litigation. *See*, *e.g.*, *Montrose Chem. Corp. v. Superior Court*, 6 Cal. 4th 287, 301-02 (1993); *Montrose Chem. Corp. v. Superior Court*, 25 Cal. App. 4th 902, 907-11 (1994); *David Kleis, Inc. v. Superior Court*, 37 Cal. App. 4th 1035, 1051 (1995) and *Landis v. North American Co.*, 299 U.S. 248 (1936) ("*Landis*").

The Motion is based on the Declaration of Joseph J. Passarello in Support of Chapter 11 Petition and First Day Motions [23-bk-30564, ECF No. 14], filed on August 21, 2023 in the Bankruptcy Case; the Declaration of Paul E. Gaspari in Support of Chapter 11 Petition and First Day Motions [No. 23-bk-30564, ECF No. 15], filed on August 21, 2023 in the Bankruptcy Case; the supporting Declaration of *Jeffrey L. Schulman* filed concurrently herewith; all pleadings, papers,

and records on file with the Court; and such other evidence, both oral and documentary, as may be presented to the Court at or before the time of the hearing.

Dated: August 21, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: */s/ Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios
Mikayla E. Kutsuris
Attorneys for The Roman Catholic Archbishop of San Francisco

Dated: August 21, 2026

BLANK ROME LLP

By: */s/ Barron L. Weinstein*
Barron L. Weinstein
Jeffrey L. Schulman
Attorneys for The Roman Catholic Archbishop of San Francisco