Paul J. Pascuzzi, State Bar No. 148810
Jason E. Rios, State Bar No. 190086
Mikayla E. Kutsuris, State Bar No. 339777
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
Email: ppascuzzi@ffwplaw.com
jrios@ffwplaw.com
tphinney@ffwplaw.com
mkutsuris@ffwplaw.com

Barron L. Weinstein, State Bar No. 67972
BLANK ROME LLP
2029 Century Park East
Los Angeles, CA 90067
Telephone: (424) 239-3400
Facsimile: (424) 239-3434
Email: barron.weinstein@blankrome.com

Jeffrey L. Schulman NY Bar No. 3903697
BLANK ROME LLP (*Pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 885-5145
Facsimile: (212) 885-5001
Email: jeffrey.schulman@blankrome.com

Attorneys for The Roman Catholic Archbishop of San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

WESTPORT INSURANCE CORPORATION, *et al.*,

Plaintiffs,

v.

THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, a corporation sole,

Defendants.

Civil Case Nos.
3:25-cv-09314-RFL (lead case)
3:26-cv-01138-RFL
3:26-cv-06863-RFL

Hon. Rita F. Lin

**THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO'S NOTICE OF HEARING ON MOTION TO STAY APPALACHIAN INSURANCE COMPANY'S COMPLAINT**

Date: October 6, 2026
Time: 10:00 a.m.
Location: Courtroom 4, 17th Floor
Judge: Hon. Rita F. Lin

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE**, that on October 6, 2026, at 10:00 a.m., or as soon thereafter as the matter may be heard, pursuant to the schedule set forth in the parties' Joint Stipulation, as

modified and endorsed by this Court on August 5, 2026 [ECF No. 83 at 4], The Roman Catholic Archbishop of San Francisco ("RCASF") will, and hereby does, move to stay the First and Third through Eighth Causes of Action asserted in Appalachian Insurance Company's ("Appalachian") Complaint [3:26-cv-06863, ECF No. 1-6], as set forth in RCASF's *Motion to Stay Appalachian Insurance Company's Complaint* (the "Appalachian Motion") filed contemporaneously herewith.

By the Motion, RCASF respectfully requests an order staying Appalachian's First and Third through Eighth Causes of Action for the same reasons articulated in this Court's May 19, 2026 Order [ECF No. 66] (the "Westport Stay Order"). There, the Court recognized that, even if one underlying action was resolved, forcing RCASF to litigate a coverage dispute regarding the "underlying actions asserting abuse by Father Joseph Pritchard" and all others involving the allegation that RCASF "'expected or intended' the survivors' abuse" would "likely involve evidence concerning RCASF's knowledge and intent that would be prejudicial as to the remaining pending underlying actions." [*Id.* at 2, 6].

This request for a stay is made pursuant to the grounds set forth in the supporting Memorandum of Points and Authorities, as well as the grounds previously set forth in RCASF's Memoranda of Points and Authorities in Support of its *Motion to Extend the Stay to the Seventh and Eighth Causes of Action of Westport's Amended Complaint* and it *Motion to Stay Traveler's Amended Complaint*, which are incorporated by reference. The Motion is further supported by California Supreme Court and Supreme Court authorities recognizing that insurance coverage actions should be stayed pending the ultimate resolution of the underlying litigation. *See*, *e.g.*, *Montrose Chem. Corp. v. Superior Court*, 6 Cal. 4th 287, 301-02 (1993); *Montrose Chem. Corp. v.*

///

///

///

///

///

///

///

*Superior Court*, 25 Cal. App. 4th 902, 907-11 (1994); *David Kleis, Inc. v. Superior Court*, 37 Cal. App. 4th 1035, 1051 (1995) and *Landis v. North American Co.*, 299 U.S. 248 (1936) ("*Landis*").

Dated: August 21, 2026

FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP

By: /s/ *Paul J. Pascuzzi*
Paul J. Pascuzzi
Jason E. Rios

*Attorneys for The Roman Catholic Archbishop of San Francisco*

-and-

Dated: August 21, 2026

BLANK ROME LLP

By: /s/ *Barron L. Weinstein*
Barron L. Weinstein,
Jeffrey L. Schulman (pro hac vice)